**Order filed August 11, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00275-CV
_____

**INTOWN HOMES LTD. & INTOWN BUILDER GP, LLC, Appellants**

**V.**

**SUSAN KNOCHE, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-11949**

## O R D E R

Appellants' brief was due August 4, 2020. No brief or motion to extend time has been filed. Unless appellants file a brief with this court on or before **August 24, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.